No. 86–6193. CLARK *v.* TEXAS. Ct. Crim. App. Tex.;
No. 86–6374. CHRISTY *v.* PENNSYLVANIA. Sup. Ct. Pa.;
No. 86–6599. CARD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla.;
No. 86–6603. DOBBS *v.* KEMP, WARDEN. C. A. 11th Cir.;
No. 86–6618. McQUEEN *v.* KENTUCKY. Sup. Ct. Ky.; and
No. 86–6648. STANO *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 86–6193, 717 S. W. 2d 910; No. 86–

6374, 511 Pa. 490, 515 A. 2d 832; No. 86–6599, 497 So. 2d 1169; No. 86–6603, 790 F. 2d 1499 and 809 F. 2d 750; No. 86–6618, 721 S. W. 2d 694; No. 86–6648, 497 So. 2d 1185.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.